No. 254, Misc.   LOVE *v.* UNITED STATES;

No. 298, Misc.   BAXTER *v.* TEES, WARDEN; and

No. 314, Misc.   LILYROTH *v.* RAGEN, WARDEN.   Motions for leave to file petitions for writs of certiorari denied.

No. 301, Misc.   BRIMAGE *v.* RAGEN, WARDEN.   Motion for leave to file petition for writ of certiorari out of time denied.

No. 267, Misc.   BOLESTA *v.* PERRY, U. S. DISTRICT JUDGE, ET AL.;

No. 269, Misc.   EPHRAIM *v.* RAGEN, WARDEN;

No. 284, Misc.   EX PARTE McCOLLUM;

No. 294, Misc.   HALL *v.* EIDSON, WARDEN, ET AL.;

No. 309, Misc.   PACKER *v.* MARONEY, WARDEN, ET AL.;

No. 328, Misc.   DUNN *v.* LOONEY, WARDEN; and

No. 330, Misc.   SHORES *v.* UNITED STATES.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 326, Misc.   NEWSTEAD *v.* MAYFIELD, CIRCUIT JUDGE, ET AL.   Motion for leave to file petition for writ of mandamus denied.

No. 435.   REICHERT *v.* COMMISSIONER OF INTERNAL REVENUE.   Leave to withdraw appearance of Winfield K. Denton, Esquire, granted.   Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.   Petitioner *pro se.*   *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent.